1
2
3
4
5
6
7

8            **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11 SEAN A. WOOTEN,  ) | **CASE NO.** CV10-1733 GW (PJWx) |
| 12                    ) | **Judge Honorable George Wu** |
| Plaintiff,  ) | **Ctrm: 10** |
| 13                    ) | |
| vs.  ) | **Magistrate Honorable Patrick J. Walsh** |
| 14                    ) | **Ctrm: 827A** |
| 15                    ) | |
| CITY OF LOS ANGELES;  ) | **[PROPOSED] PROTECTIVE** |
| 16 OFFICER VILLANUEVA #36700,  ) | **ORDER RE DOCUMENTS AND** |
| individually and officially; and DOES 1  ) | **OTHER ITEMS PRODUCED BY** |
| 17 through 10,  ) | **DEFENDANTS** |
| 18                    ) | |
| Defendants.  ) | |
| 19                    ) | |
| 20 _____ | |

21

22  For purposes of this Order, Confidential Materials include:

23          1.      Personnel Complaint Investigations;

24          2.      Any and all documents, interviews, Officer Statements and/or writings

25  created during the Personnel Complaints Investigations, which include but are not

26  limited to the following:

27                  A.      Personnel Complaint Investigations

28                          ●      Interviews;

1

1      ●    Officer Statements;

2      ●    Legend w/diagram;

3      ●    Pictures;

4      ●    Outcomes & Conclusions;

5      ●    Any Penalties;

6      ●    Pictures;

7      ●    Investigative Narrative;

8      ●    Any and all Addenda Items.

9      3.     TEAMS II Personnel Record

10

11          **_I.   GOOD CAUSE STATEMENT_**

12  **PERSONNEL COMPLAINT INVESTIGATIONS**

13         The Los Angeles Police Department also conducts internal administrative

14  investigations of Citizen Complaints (hereinafter referred to as "Complaint(s)"). Once

15  an investigation of a complaint is initiated, a formal personnel complaint investigation

16  with the corresponding "CF" number is prepared.  Such investigations are reviewed by

17  appropriate command officers in the Department.  This review has several purposes:

18  (1) to determine whether the involved officers violated any Department policies or

19  procedures; (2) to determine whether administrative discipline and/or retraining of the

20  involved officers is necessary; and (3) to ascertain if police policies and procedures in

21  such areas as supervision, training, tactics, policies, etc. should be modified.

22  Personnel complaint investigations are an essential aid to providing critical evaluation

23  of Department officers and policies, and to determine the most effective way to serve

24  the citizens of Los Angeles.

25         The Department strives to maintain the confidentiality of personnel complaint

26  investigations, and the information contained therein, in recognition of the protections

27  granted pursuant to Penal Code § § 832.5, 832.7, and 832.8.  Personnel complaint

28  investigations are maintained as confidential.  Personnel complaint investigations,

1   include information which is both personal in nature and could potentially impact the

2   liberty interests of the involved police officers and/or civilians named within.  The

3   information obtained from personnel complaint investigations can, and have been

4   used to initiate disciplinary action against officers, as well as evidence in disciplinary

5   proceedings where the officer's conduct was considered to be contrary to Department

6   policy. As a result, the parties have agreed to this Proposed Protective Order covering

7   the records for the following Good Cause reasons:

8   **TEAMS II PERSONNEL RECORD**

9        TEAMS II Personnel Record is an internal administrative personnel tool used

10  by the LAPD to evaluate, monitor and track an individuals officer's continuing

11  training, performance, transfers and promotions.

12       The TEAMS II is a personnel record kept in the individual officer's personnel

13  file and contains sensitive, confidential, privileged and proprietary information,

14  opinions and evaluations of the individual officer's performance and as such is subject

15  to the confidentiality protections of Penal Code §832.7, 832.8, Governmental Code

16  §6254(c) & 6255 and Article 1, section 1 of the California Constitution.

17

18              *II.   TERMS OF THE PROTECTIVE ORDER*

19       1A.   That the below-listed documents shall be designated confidential

20  documents and/or writings because Defendants believe, in good faith,  that these

21  documents and/or writings are privileged, confidential, private or sensitive nature.

22  This will be accomplished by affixing to such document or writing a legend, such as

23  "Confidential," "Confidential Documents,"  "Confidential Material Subject to

24  Protective Order" or words of similar effect.  Documents and writings so designated,

25  and all information derived therefrom (hereinafter, collectively, "Confidential

26  Information"), shall be treated in accordance with the terms of this

27  stipulation/protective order.

28       For purposes of this Order, Confidential Materials include:

3

1.      Personnel Complaint Investigations;

2.      Any and all documents, interviews, Officer Statements and/or writings created during the Personnel Complaints Investigations, which include but are not limited to the following:

        A.      Personnel Complaint Investigations

- Interviews;
- Officer Statements;
- Legend w/diagram;
- Pictures;
- Outcomes & Conclusions;
- Any Penalties;
- Pictures;
- Investigative Narrative.
- Any and all Addenda Items.

3.      TEAMS II Personnel Record

1B.    The Confidential Documentation being provided pursuant to this Protective Order will be accomplished by affixing to such document or writing a legend, such as "Confidential," "Confidential Documents," "Confidential Material Subject to Protective Order" or words of similar effect.  The documents and writings so designated, and all information derived therefrom (hereinafter, collectively, "Confidential Information"), shall be treated in accordance with the terms of this stipulation/protective order.  The "Confidential" Watermark shall not obscure the writings on the document's legibility and shall not be repeated more than once per page. Each page will be bate stamped and numbered.

2.      Confidential Information may be used by the persons receiving such information only for the purpose of this above-captioned litigation .

3.      Subject to the further conditions imposed by this stipulation/protective order, Confidential Information may be disclosed only to the following persons:

4

1      a.     Counsel for the parties and to experts, investigators, paralegal assistants,

2 office clerks, secretaries and other such personnel working under their supervision;

3      b.     Such other parties as may be agreed by written stipulation among the

4 parties hereto, or by Court Order.

5      4.     Prior to the disclosure of any Confidential Information to any person

6 described in paragraph 3(a), or 3(b), *with the exception of all Court Personnel,*

7 counsel for the party that has received and seeks to use or disclose such Confidential

8 Information shall first provide any such person with a copy of this protective order,

9 and shall cause him or her to execute the following acknowledgment:

10           "I understand that I am being given access to Confidential Information

11           pursuant to the foregoing protective order.  I have read the

12           stipulation/protective order and agree to be bound by its terms with

13           respect to the handling, use and disclosure of such Confidential

14           Information.

15           Dated: _____/s/ _____"

16 Once this is completed, Counsel for Plaintiffs will serve a copy of the

17 acknowledgment upon Defendants.

18      5.     Upon the final termination of this litigation, including any appeal

19 pertaining thereto, all Complaint Investigations, and/or the CIID Investigation Report,

20 as well as any other Court Ordered Documents provided pursuant to this Protective

21 Order and all copies thereof shall be returned to the Offices of the Los Angeles City

22 Attorney's Office, 6th Floor, City Hall East, Los Angeles, California 90012 for

23 destruction/shredding.  All Confidential documentation provided to any person or

24 party, pursuant to any provision hereof, also shall be returned to the City Attorney's

25 Office. This Paragraph does not apply to the Court or it's Personnel

26      6.     If any party who receives Confidential Information receives a subpoena

27 and/or public record request seeking Confidential Information, he, she or it shall

28 immediately give written notice to counsel for defendants, identifying the Confidential

1   Information sought and the time in which production or other disclosure is required,
2   and shall object to the request or subpoena on the grounds of this
3   stipulation/protective order so as to afford defendants an opportunity to obtain an
4   order barring production or other disclosure, or to otherwise respond to the subpoena
5   or other request for production or disclosure of Confidential Material.  Other than
6   objecting on the grounds of this protective order, no party shall be obligated to seek an
7   order barring production of Confidential Information, which obligation shall be borne
8   by defendants.  However, in no event should production or disclosure be made
9   without written approval by defendants' counsel unless required by Court Order
10  arising from a motion to compel production or disclosure of Confidential Information.
11       7.     Any pleadings, motions, briefs, declarations, stipulations, exhibits or
12  other written submissions to the Court in this litigation which contain, reflect,
13  incorporate or refer to Confidential Information shall first be accompanied by an
14  application, pursuant to Local Rule 79-5.1, to request that the papers, or the
15  confidential portion thereof, be lodged under seal.
16       8.     Counsel for the parties shall request that the Court consider that any
17  motions, applications or other pre-trial proceedings which could entail the discussion
18  or disclosure of Confidential Information be heard by the Court outside the presence
19  of the jury.  Counsel for the parties shall during any portion of the trial of this action
20  which could entail the discussion or disclosure of Confidential Information, give
21  Defendants an opportunity to request that access to the courtroom be limited to
22  parties, their counsel and other designated representative, experts or consultants who
23  agreed to be bound by this stipulation/protective order, and court personnel.
24       9.     Nothing herein shall prejudice any party's rights to object to the
25  introduction of any Confidential Information into evidence, on grounds including but
26  not limited to relevance and privilege.
27  ///
28  ///

6

10.    This Protective Order survives settlement Trial and/or Appeal.

***IT IS SO ORDERED:***

Dated: <u>November 15, 2010</u>

_____
**Honorable Judge Patrick J. Walsh**
**United States Magistrate Judge**