**MADE JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN A. WOOTEN, | Case No. CV10-1733 GW (PJWx) |
| *Plaintiff,* | Assigned to: Honorable Judge George Wu<br>Courtroom: 10 |
| v. | Assigned to: Magistrate: Patrick J. Walsh<br>Courtroom 827A |
| CITY OF LOS ANGELES, OFFICER VILLANUEVA #36700, individually and officially; and DOES 1 through 10, | **ORDER RE DISMISSAL**<br>**[ENTIRE CASE]** |
| *Defendants.* | |

The parties having so stipulated and good cause appearing, it is hereby ordered, decreed and adjudged that the plaintiff's complaint be dismissed with prejudice.

Dated: February 28, 2011

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE